IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| INTRACOMM, INC. et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No.  05-0955 |
| ) | |
| ) | |
| KEN S. BAJAJ et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss.

It appears to the Court that Plaintiffs' Complaint states a claim upon which relief may be granted in Counts 1-3 and 6-8. However, Counts 4 and 5 do not state a claim for fraud with particularity as required by Fed. R. Civ. P. 9.  It is hereby

ORDERED that Defendants' Motion to Dismiss Counts 1-3 and 6-8 is DENIED and Defendants' Motion to Dismiss Counts 4 and 5 is GRANTED but that Plaintiffs have 14 days to refile Counts 4 and 5 in compliance with Fed. R. Civ. P. 9.

/S/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 19, 2005