**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| _____ ) | |
| INTRACOMM, INCORPORATED, <u>et al</u>. ) | |
| ) | |
|      Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  05-0955 |
| ) | |
| KEN S. BAJAJ, <u>et al</u>. ) | |
| ) | |
|      Defendants. ) | |
| _____) | |

<u>**ORDER**</u>

This matter comes before the Court on Plaintiffs' Request for Clarification of October 28, 2005 Order.

The Court finds that the October 28, 2005 Order needs no further clarification. It is hereby

ORDERED that Plaintiffs' Request for Clarification of October 28, 2005 Order is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 9, 2005