IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| INTRACOMM, INCORPORATED, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  05-0955 |
| ) | |
| KEN S. BAJAJ, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Objection to Granting of Protective Order.

A district court may overturn or modify a magistrate judge's findings in a nondispositive matter only if it finds that the matter was clearly erroneous or contrary to law.  Fed. R. Civ. P. 72(a).  The Court finds that the December 9, 2005 Protective Order issued by the Magistrate Judge was not clearly erroneous or contrary to law. It is hereby

ORDERED that Plaintiffs' motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 23, 2005