**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| INTRACOMM, INCORPORATED, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-0955 |
| KEN S. BAJAJ, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

(1) Defendants' Motion for Summary Judgment is GRANTED as to Count 1 of Plaintiffs' Amended Complaint and it is DISMISSED, except that the Court finds that Plaintiff Babak Habibi (Habibi) is a non-exempt employee under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-219 (2000);

(2) Plaintiffs' Motion for Summary Judgment is GRANTED as to Count 2 of Plaintiffs' Amended Complaint, except that the Court finds that Defendant BAE IT LLC's violation of the FLSA is not willful, and JUDGMENT is entered for Habibi in the amount of $1693.00; and

 (3) Defendants' Motion for Summary Judgment is GRANTED as to Counts 3 through 8 of Plaintiffs' Amended Complaint and they are DISMISSED.

                 /s/
              _____
              CLAUDE M. HILTON
              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 19, 2006